1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE AGEE,

11          Plaintiff,                    No. CIV S-06-0357 DFL KJM PS

12      vs.

13   JOHN DURRANCE, et al.,

14          Defendants.              ORDER

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Defendants' motions to dismiss are calendared for hearing on April 12, April 26 and May 24,

18   2006.  No opposition to the pending motions has been filed.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

21   will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

22   the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

23   that failure to appear may be deemed withdrawal of opposition to the motion or may result in

24   sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

25   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court."

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  The hearing dates of April 12 and April 26, 2006 are vacated.  Hearing on all

3    pending motions to dismiss is set for May 24, 2006.

4    2.  Plaintiff shall file opposition to the motions, if any, no later than May 3, 2006.

5    Failure to file opposition and appear at the hearing will be deemed as a statement of non-

6    opposition and shall result in a recommendation that this action be dismissed under Federal Rule

7    of Civil Procedure 41(b).

8    3.  Replies, if any, shall be filed no later than May 10, 2006.

9    DATED:  March 30, 2006.

10

11    _____
     UNITED STATES MAGISTRATE JUDGE

12

13

14
     006
15   agee.con

16

17

18

19

20

21

22

23

24

25

26